SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 FEB 21 AM 11: 53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN HERNANDEZ,
aka "Spanky"

Defendant.

8:19CR 78

INDICTMENT
21 U.S.C. § 846
21 U.S.C. § 841(a)(1) & (b)(1)

The Grand Jury Charges:

## COUNT I

Beginning as early as January 1, 2015, to on or about November 15, 2018, in the District of Nebraska, the defendant, STEVEN HERNANDEZ knowingly and intentionally, combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about November 13, 2018, in the District of Nebraska, STEVEN HERNANDEZ, defendant herein, did knowingly and intentionally distribute an amount of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant U.S. Attorney