IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN HERNANDEZ,<br><br>    Defendant. | 8:19CR78<br><br>TRIAL ORDER |

Upon the expiration of the deadline for filing pretrial motions, and no substantive motions having been filed,

**IT IS ORDERED:**

  1. The above-entitled case is scheduled for a jury trial before the Honorable John M. Gerrard, District Court Judge, to begin **Monday, April 22, 2019**, **at 9:00 a.m**., for 2 days, in Courtroom #1, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Gerrard's staff.

  2. Any motions for a continuance of this trial date shall be electronically filed on or before **April 12, 2019**, and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq*.

**DATED  March 21, 2019.**

                   BY THE COURT:

                   s/ Michael D. Nelson
                   United States Magistrate Judge