# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN HERNANDEZ, <br><br> Defendant. | 8:19CR78 <br><br> **ORDER** |

This matter is before the Court on Defendant's Motion to Reconsider Detention and Proposed Plan of Release (Filing No. 35). The motion fails to set out the respective positions of Probation and Pretrial Services and the Government. Upon review of the docket, the motion further fails to set forth a release plan that reasonably assures the appearance of Defendant as required and the safety of any other person or the community. For these reasons, the motion will be denied without a hearing.

Upon consideration,

**IT IS ORDERED** that Defendant's Motion to Reconsider Detention and Proposed Plan of Release (Filing No. 35) is denied.

Dated this 12th day of September, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge