IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN HERNANDEZ,<br><br>Defendant. | 8:19CR78<br><br><br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Date (filing 51) is granted.

2. Defendant Steven Hernandez's sentencing is continued to March 19, 2020, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge