## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:19CR78 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CONSENT FOR REMOTE |
| | ) | TELEPHONIC OR VIDEO |
| STEVEN HERNANDEZ, | ) | SENTENCING HEARING |
| Defendant. | ) | |

COMES NOW STEVEN HERNANDEZ, and in support of this consent to remote sentencing, states and avers as follows:

1. That I have had the opportunity to review my pre-sentence reports and have discussed the recommendations of the probation officer with my attorney, Deborah Cunningham.
2. My attorney has advised me that although I can appear in person for sentencing, I may also waive or give up my right to personal appearance and agree to appear telephonically or by videoconference.
3. I understand that due the COVID-19 pandemic, an in-person sentencing hearing may jeopardize public health and safety, therefore I voluntarily consent to have my Judge conduct my sentencing hearing by videoconference or telephonic conference, if video is not reasonably available.

_____   5-14-20
Steven Hernandez, Defendant        Date

STATE OF NEBRAKSA     )
                      ) ss.
COUNTY OF CASS        )

The undersigned, being first duly sworn upon oath, deposes and says that the undersigned is the Defendant in the above-entitled action has read the foregoing consent, knows the contents thereof and the facts herein contained are true.

_____
Steven Hernandez, Defendant

SUBSCRIBED and sworn to before me by _____, this _____ day of _____, 2020.

_____
Notary Public

-1-